

# RYBOVICH
YACHTING INTEGRITY THROUGH REFIT

**POS5243-5**

DATE: JULY 22, 2017

**TO:**
M/Y Natita
1915 Southwest 21st Ave
Ft. Lauderdale, FL. 33312

**WIRE PAYMENT INFORMATION:**

FLORIDA COMMUNITY BANK
2500 WESTON ROAD, STE 300
WESTON, FL. 33331

ABA Routing No: 066016766
Account No: 2114615202
Swift Code: FCBNUS33
For Credit To: Rybovich Boat Company LLC
Reference: 909137 – Natita

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Diesel Fuel – Ultra Low Sulfur | 25,000 | $2.11 | $52,750.00 |
| 25,000 gallons | | | |
| Subtotal | | | $52,750.00 |
| Sales Tax | | | $3,692.50 |
| | | TOTAL | $56,442.50 |

**Thank you for your business!**

4200 North Flagler Drive | West Palm Beach, Florida 33407, USA | (+1) 561 844 1800 | www.rybovich.com