# COMPOSITE EXHIBIT "E"
## POS INVOICES

Rybovich
4200 NORTH FLAGLER DRIVE
WEST PALM BEACH FL    33407

| INVOICE | RTN00000000001025 |
|---------|-------------------|
| Type | Return |
| Date | 7/27/2016 |
| Page | 1 |

**Bill to:**

NATITA
115 MENARD ROAD
HOUMA LA    70361

**Ship to:**

NATITA
115 MENARD ROAD
HOUMA LA    70361

| Purchase Order ID | Customer ID | | | | | |
|---|---|---|---|---|---|---|
| | 906242 | | | | | |

| Quantity | Item Number | Description | U Of M | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1.00 | 004629 | 3M 5200 SEALANT WHITE CART 11 OZ. | EACH | $0.0000 | $20.0000 | $20.00 |

| | |
|---|---|
| Subtotal | $20.00 |
| Misc | $0.00 |
| Tax | $1.20 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $21.20 |



**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | Natita- | Document Number: | POS5115 |
| Customer ID: | 906242 | Sales Order Date: | 04/14/2017 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/14/2017 | DIESEL FUEL – ULTRA LOW SULFUR – DYED RED | 13670.00 | $2.33 | $31,851.10 | $2,229.58 |

| | |
|---|---|
| Sub Total: | $31,851.10 |
| Sales Tax: | $2,229.58 |
| **Total:** | **$34,080.68** |



# Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | Natita- | | Document Number: | POS5291 |
| Customer ID: | 906242 | | Sales Order Date: | 06/08/2017 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 06/08/2017 | DIESEL FUEL – ULTRA LOW SULFUR – DYED RED | 4675.30 | $2.45 | $11,454.49 | $801.81 |

| | |
|---|---|
| Sub Total: | $11,454.49 |
| Sales Tax: | $801.81 |
| **Total:** | **$12,256.30** |



**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | Natita- | Document Number: | POS5337 |
| Customer ID: | 906242 | Sales Order Date: | 06/24/2017 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 06/24/2017 | DIESEL FUEL – ULTRA LOW SULFUR – DYED RED | 5000.20 | $2.34 | $11,700.47 | $819.03 |

| | |
|---|---|
| Sub Total: | $11,700.47 |
| Sales Tax: | $819.03 |
| **Total:** | **$12,519.50** |