COMPOSITE EXHIBIT "F"
MISC INVOICES

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 63701 |
| Customer ID: | 906242 | Sales Order Date: | 2/8/2016 |
| Address: | 115 Menard Road Houma,LA 70361 United States Of America | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | Golf Cart- Part:14 on 02/01/2016 to 02/08/2016 | 8 | $15.00 | $120.00 |
| | | Total For: | | $120.00 |
| | | 2.5% Ins./Env. Fee: | | $3.00 |
| | | Sub Total: | | $123.00 |
| | | 6.0000% Sales Tax | | $7.38 |
| | | **Sales Order Total:** | | **$130.38** |

# RYBOVICH

**Invoice**

| | | |
|---|---|---|
| Boat Name: | | Sales Order Number: | 63926 |
| Customer ID: | 906242 | Sales Order Date: | 2/15/2016 |
| Address: | 115 Menard Road | | |
| | Houma, LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | Golf Cart- Part:14 on 02/09/2016 to 02/10/2016 | 2 | $15.00 | $30.00 |

| | |
|---|---|
| Total For: | $30.00 |
| 2.5% Ins./Env. Fee: | $0.75 |
| Sub Total: | $30.75 |
| 6.0000% Sales Tax | $1.85 |
| **Sales Order Total:** | **$32.60** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 64262 |
| Customer ID: | 906242 | Sales Order Date: | 2/29/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | Golf Cart- Part:5 on 02/25/2016 to 02/29/2016 | 5 | $15.00 | $75.00 |
| | | | Total For: | $75.00 |
| | | | 2.5% Ins./Env. Fee: | $1.88 |
| | | | Sub Total: | $76.88 |
| | | | 6.0000% Sales Tax | $4.62 |
| | | | **Sales Order Total:** | **$81.50** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 64488 |
| Customer ID: | 906242 | Sales Order Date: | 3/7/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | Golf Cart- Part:5 on 03/01/2016 to 03/01/2016 | 1 | $15.00 | $15.00 |
| | | | Total For: | $15.00 |
| | | | 2.5% Ins./Env. Fee: | $0.38 |
| | | | Sub Total: | $15.38 |
| | | | 6.0000% Sales Tax | $0.93 |
| | | | **Sales Order Total:** | **$16.31** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 67664 |
| Customer ID: | 906242 | Sales Order Date: | 6/27/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | Golf Cart- Part:13 on 06/24/2016 to 06/24/2016 | 1 | $15.00 | $15.00 |
| | EZGO RXV Cargo- Part:13 on 06/24/2016 to 06/24/2016 | 1 | $15.00 | $15.00 |
| | Golf Cart- Part:13 on 06/27/2016 to 06/27/2016 | 1 | $15.00 | $15.00 |
| | EZGO RXV Cargo- Part:13 on 06/27/2016 to 06/27/2016 | 1 | $15.00 | $15.00 |
| | | | Total For: | $60.00 |
| | | | 2.5% Ins./Env. Fee: | $1.50 |
| | | | Sub Total: | $61.50 |
| | | | 6.0000% Sales Tax | $3.69 |
| | | | **Sales Order Total:** | **$65.19** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 67865 |
| Customer ID: | 906242 | Sales Order Date: | 6/30/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:8 (New on 06/28/2016 to 06/30/2016 | 3 | $15.00 | $45.00 |
| | | | Total For: | $45.00 |
| | | | 2.5% Ins./Env. Fee: | $1.13 |
| | | | Sub Total: | $46.13 |
| | | | 6.0000% Sales Tax | $2.77 |
| | | | **Sales Order Total:** | **$48.90** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 67941 |
| Customer ID: | 906242 | Sales Order Date: | 7/5/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:8 (New on 07/01/2016 to 07/05/2016 | 5 | $15.00 | $75.00 |
| | | | Total For: | $75.00 |
| | | | 2.5% Ins./Env. Fee: | $1.88 |
| | | | Sub Total: | $76.88 |
| | | | 6.0000% Sales Tax | $4.62 |
| | | | **Sales Order Total:** | **$81.50** |

# RYBOVICH

**Invoice**

Boat Name:                                          Sales Order Number:        68049

Customer ID:    906242                   Sales Order Date:        7/11/2016

Address:          115 Menard Road
                      Houma,LA 70361        United States Of America

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
|  | EZGO RXV Flip Seat- Part:9 (New on 07/06/2016 to 07/11/2016 | 6 | $15.00 | $90.00 |
|  | Total For: |  |  | $90.00 |
|  | 2.5% Ins./Env. Fee: |  |  | $2.25 |
|  | Sub Total: |  |  | $92.25 |
|  | 6.0000% Sales Tax |  |  | $5.54 |
|  | **Sales Order Total:** |  |  | **$97.79** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 68170 |
| Customer ID: | 906242 | Sales Order Date: | 7/18/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 07/12/2016 to 07/18/2016 | 7 | $15.00 | $105.00 |

| | |
|---|---|
| Total For: | $105.00 |
| 2.5% Ins./Env. Fee: | $2.63 |
| Sub Total: | $107.63 |
| 6.0000% Sales Tax | $6.46 |
| **Sales Order Total:** | **$114.09** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 68302 |
| Customer ID: | 906242 | Sales Order Date: | 7/25/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 07/19/2016 to 07/20/2016 | 2 | $15.00 | $30.00 |
| | | Total For: | | $30.00 |
| | | 2.5% Ins./Env. Fee: | | $0.75 |
| | | Sub Total: | | $30.75 |
| | | 6.0000% Sales Tax | | $1.85 |
| | | **Sales Order Total:** | | **$32.60** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 76757 |
| Customer ID: | 906242 | Sales Order Date: | 4/24/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 04/18/2017 to 04/24/2017 | 7 | $20.00 | $140.00 |
| | | Total For: | | $140.00 |
| | | 2.5% Ins./Env. Fee: | | $3.50 |
| | | Sub Total: | | $143.50 |
| | | 7.0000% Sales Tax | | $10.05 |
| | | **Sales Order Total:** | | **$153.55** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 76932 |
| Customer ID: | 906242 | Sales Order Date: | 4/30/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 04/25/2017 to 04/30/2017 | 6 | $20.00 | $120.00 |

| | | |
|---|---|---|
| | Total For: | $120.00 |
| | 2.5% Ins./Env. Fee: | $3.00 |
| | Sub Total: | $123.00 |
| | 7.0000% Sales Tax | $8.61 |
| | **Sales Order Total:** | **$131.61** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 77084 |
| Customer ID: | 906242 | Sales Order Date: | 5/8/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 05/01/2017 to 05/08/2017 | 8 | $20.00 | $160.00 |
| | | Total For: | | $160.00 |
| | | 2.5% Ins./Env. Fee: | | $4.00 |
| | | Sub Total: | | $164.00 |
| | | 7.0000% Sales Tax | | $11.48 |
| | | **Sales Order Total:** | | **$175.48** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 77391 |
| Customer ID: | 906242 | Sales Order Date: | 5/15/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 05/09/2017 to 05/15/2017 | 7 | $20.00 | $140.00 |

| | |
|---|---|
| Total For: | $140.00 |
| 2.5% Ins./Env. Fee: | $3.50 |
| Sub Total: | $143.50 |
| 7.0000% Sales Tax | $10.05 |
| **Sales Order Total:** | **$153.55** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 77601 |
| Customer ID: | 906242 | Sales Order Date: | 5/22/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 05/16/2017 to 05/22/2017 | 7 | $20.00 | $140.00 |

| | |
|---|---|
| Total For: | $140.00 |
| 2.5% Ins./Env. Fee: | $3.50 |
| Sub Total: | $143.50 |
| 7.0000% Sales Tax | $10.05 |
| **Sales Order Total:** | **$153.55** |

# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 77934 |
| Customer ID: | 906242 | Sales Order Date: | 5/30/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:9 (New on 05/23/2017 to 05/24/2017 | 2 | $20.00 | $40.00 |
| | EZGO RXV Flip Seat- Part:2 (New on 05/24/2017 to 06/01/2017 | 9 | $20.00 | $180.00 |
| | | Total For: | | $220.00 |
| | | 2.5% Ins./Env. Fee: | | $5.50 |
| | | Sub Total: | | $225.50 |
| | | 7.0000% Sales Tax | | $15.79 |
| | | **Sales Order Total:** | | **$241.29** |



**Invoice**

| | | | | |
|---|---|---|---|---|
| Boat Name: | | Sales Order Number: | | 78444 |
| Customer ID: | 906242 | Sales Order Date: | | 6/12/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:2 (New on 06/06/2017 to 06/12/2017 | 7 | $20.00 | $140.00 |

| | |
|---|---|
| Total For: | $140.00 |
| 2.5% Ins./Env. Fee: | $3.50 |
| Sub Total: | $143.50 |
| 7.0000% Sales Tax | $10.05 |
| **Sales Order Total:** | **$153.55** |

# RYBOVICH

**Invoice**

Boat Name:

Customer ID: 906242

Address: 115 Menard Road
Houma, LA 70361    United States Of America

Sales Order Number: 78568

Sales Order Date: 6/19/2017

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:2 (New on 06/13/2017 to 06/19/2017 | 7 | $20.00 | $140.00 |

| | | |
|---|---|---|
| | Total For: | $140.00 |
| | 2.5% Ins./Env. Fee: | $3.50 |
| | Sub Total: | $143.50 |
| | 7.0000% Sales Tax | $10.05 |
| | **Sales Order Total:** | **$153.55** |



**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | | Sales Order Number: | 78730 |
| Customer ID: | 906242 | Sales Order Date: | 6/26/2017 |
| Address: | 115 Menard Road Houma,LA 70361 United States Of America | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:2 (New on 06/20/2017 to 06/26/2017 | 7 | $20.00 | $140.00 |
| | Total For: | | | $140.00 |
| | 2.5% Ins./Env. Fee: | | | $3.50 |
| | Sub Total: | | | $143.50 |
| | 7.0000% Sales Tax | | | $10.05 |
| | **Sales Order Total:** | | | **$153.55** |

# RYBOVICH

**Invoice**

| | | |
|---|---|---|
| Boat Name: | | Sales Order Number: | 78852 |
| Customer ID: | 906242 | Sales Order Date: | 6/30/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| | EZGO RXV Flip Seat- Part:2 (New on 06/27/2017 to 06/30/2017 | 4 | $20.00 | $80.00 |
| | | | Total For: | $80.00 |
| | | | 2.5% Ins./Env. Fee: | $2.00 |
| | | | Sub Total: | $82.00 |
| | | | 7.0000% Sales Tax | $5.74 |
| | | | **Sales Order Total:** | **$87.74** |