# COMPOSITE EXHIBIT "G"
## IVC INVOICES



## Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000018319 |
| Customer ID: | 906242 | Sales Order Date: | 02/03/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/03/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 3.00 | $12.66 | $37.97 | $2.28 |
| 02/03/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 3.00 | $0.36 | $1.08 | $0.06 |

| | |
|---|---|
| Sub Total: | $39.05 |
| Sales Tax: | $2.34 |
| **Total:** | **$41.39** |



## Invoice

| | |
|---|---|
| Boat Name: | NATITA |
| Customer ID: | 906242 |
| Address: | 115 MENARD ROAD |
| | HOUMA,LA 70361United States of America |

| | |
|---|---|
| Document Number: | IVC00000000018357 |
| Sales Order Date: | 02/09/2016 |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/09/2016 | 2/8 TO BCOOL CONTROLS - LYSTRUP.DK | 1.00 | $429.04 | $429.04 | $0.00 |
| 02/09/2016 | TRK#775597860160 - ROBERT FORSTER | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $429.04 |
| Sales Tax: | $0.00 |
| **Total:** | **$429.04** |



**Invoice**

| | |
|---|---|
| Boat Name: NATITA | Document Number: IVC00000000018372 |
| Customer ID: 906242 | Sales Order Date: 02/10/2016 |
| Address: 115 MENARD ROAD HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|------|-------------|------|------|-----------|-----|
| 02/10/2016 | KANBERRA GEL-24OZ REFILL PACK | 3.00 | $62.44 | $187.32 | $11.24 |

| | |
|---|---|
| Sub Total: | $187.32 |
| Sales Tax: | $11.24 |
| **Total:** | **$198.56** |



**Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: |
| | | IVC00000000018382 |
| Customer ID: | 906242 | Sales Order Date: |
| | | 02/11/2016 |
| Address: | 115 MENARD ROAD | |
| | HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/11/2016 | Tug Boat Rental | 1.00 | $1,500.00 | $1,500.00 | $0.00 |
| 02/11/2016 | 2.5% Insurance/Environmental Fee | 1.00 | $37.50 | $37.50 | $2.25 |

| | |
|---|---|
| Sub Total: | $1,537.50 |
| Sales Tax: | $2.25 |
| **Total:** | **$1,539.75** |



# RYBOVICH

**Invoice**

| Boat Name: | NATITA | Document Number: | IVC00000000018490 |
|---|---|---|---|
| Customer ID: | 906242 | Sales Order Date: | 02/22/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/22/2016 | Tug Boat Rental | 1.00 | $1,500.00 | $1,500.00 | $0.00 |
| 02/22/2016 | 2.5% Insurance/Environmental Fee | 1.00 | $37.50 | $37.50 | $2.25 |

| | |
|---|---|
| Sub Total: | $1,537.50 |
| Sales Tax: | $2.25 |
| **Total:** | **$1,539.75** |



# Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | |
| | | Document Number: IVC00000000018577 |
| Customer ID: | 906242 | Sales Order Date: 02/26/2016 |
| Address: | 115 MENARD ROAD | |
| | HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/26/2016 | SCOT PUMP 189.001.116 SEAL KIT | 1.00 | $38.40 | $38.40 | $2.30 |
| 02/26/2016 | S/H - GROUND SHIPPING & HANDLING | 1.00 | $10.41 | $10.41 | $0.62 |

| | |
|---|---|
| Sub Total: | $48.81 |
| Sales Tax: | $2.92 |
| **Total:** | **$51.73** |



# Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | NATITA | | Document Number: | IVC00000000018578 |
| Customer ID: | 906242 | | Sales Order Date: | 02/26/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/26/2016 | 5823K73 Vibration Damping Sandwich Mount, Male/Female | 4.00 | $17.50 | $70.00 | $4.20 |
| 02/26/2016 | SHIPPING & HANDLING - GROUND | 1.00 | $6.16 | $6.16 | $0.00 |

| | |
|---|---|
| Sub Total: | $76.16 |
| Sales Tax: | $4.20 |
| **Total:** | **$80.36** |



## Invoice

| | |
|---|---|
| Boat Name: | NATITA |
| Customer ID: | 906242 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America |

| | |
|---|---|
| Document Number: | IVC00000000018619 |
| Sales Order Date: | 02/29/2016 |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/29/2016 | 255494-75 Pleated Filter Cartridge, 5 Microns, Cellulose Polyester | 8.00 | $36.40 | $291.20 | $17.47 |
| 02/29/2016 | Polyester Filter Media, 20 GPM Flow Rate | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $291.20 |
| Sales Tax: | $17.47 |
| **Total:** | **$308.67** |



# Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000018620 |
| Customer ID: | 906242 | Sales Order Date: | 02/29/2016 |
| Address: | 115 MENARD ROAD | | |
| | HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/29/2016 | 10865 OBERDORFER 10865 REPAIR KIT (IMPELLER/SEAL/GASKET | 1.00 | $173.87 | $173.87 | $10.43 |
| 02/29/2016 | 32155 OBERDORFER 32155 MECH SEAL | 1.00 | $42.67 | $42.67 | $2.56 |
| 02/29/2016 | 6021-13  OBERDORFER 6021-13 DIFFUSER GASKET | 1.00 | $20.27 | $20.27 | $1.22 |
| 02/29/2016 | 6022 OBERDORFER 6022 FLANGE GASKET | 1.00 | $18.13 | $18.13 | $1.09 |

| | |
|---|---|
| Sub Total: | $254.94 |
| Sales Tax: | $15.30 |
| **Total:** | **$270.24** |



**Invoice**

| Boat Name: | NATITA | | Document Number: | IVC00000000018702 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 03/04/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 03/04/2016 | SHELL ROTELLA T TRIPLE PROTECTION 15W40 LUBE OIL | 1.00 | $770.00 | $770.00 | $46.20 |

| | | |
|---|---|---|
| Sub Total: | | $770.00 |
| Sales Tax: | | $46.20 |
| **Total:** | | **$816.20** |



**Invoice**

| Boat Name: | NATITA | | Document Number: | IVC00000000018751 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 03/08/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 03/08/2016 | Hazardous Waste Disposal - Oil Filters | 5.00 | $6.00 | $30.00 | $1.80 |

| | | |
|---|---|---|
| Sub Total: | | $30.00 |
| Sales Tax: | | $1.80 |
| **Total:** | | **$31.80** |



# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000018797 |
| Customer ID: | 906242 | Sales Order Date: | 03/10/2016 |
| Address: | 115 MENARD ROAD<br>HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 03/10/2016 | 03250 X 90035 KTR ROTEX 03250 X 90035 SPIDER (YELLOW) | 4.00 | $12.23 | $48.92 | $2.94 |
| 03/10/2016 | 03250 X 50006 KTR ROTEX 03250 X 50006 COUPLING | 1.00 | $39.00 | $39.00 | $2.34 |
| 03/10/2016 | 24 SERIES - 16MM BORE W/ KEYWAY | 1.00 | $0.00 | $0.00 | $0.00 |
| 03/10/2016 | 03250 X 00075 KTR ROTEX 03250 X 00075 COUPLING | 1.00 | $39.00 | $39.00 | $2.34 |
| 03/10/2016 | SERIES 24 - 19mm BORE W/ KEYWAY | 1.00 | $0.00 | $0.00 | $0.00 |
| 03/10/2016 | S/H - GRND | 1.00 | $9.86 | $9.86 | $0.59 |

| | | |
|---|---|---|
| | Sub Total: | $136.78 |
| | Sales Tax: | $8.21 |
| | **Total:** | **$144.99** |



**Invoice**

| Boat Name: | NATITA | Document Number: | IVC00000000018802 |
| Customer ID: | 906242 | Sales Order Date: | 03/10/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|------|-------------|------|------|-----------|-----|
| 03/10/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 3.00 | $12.66 | $37.97 | $2.28 |
| 03/10/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 3.00 | $0.36 | $1.08 | $0.06 |

|  | Sub Total: | $39.05 |
|  | Sales Tax: | $2.34 |
|  | **Total:** | **$41.39** |



**Invoice**

| Boat Name: | NATITA | Document Number: | IVC00000000018945 |
| --- | --- | --- | --- |
| Customer ID: | 906242 | Sales Order Date: | 03/22/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
| --- | --- | --- | --- | --- | --- |
| 03/22/2016 | ECONOSTO 122639 FIG 1270LM ALUM GLOBE VALVE | 1.00 | $173.33 | $173.33 | $10.40 |
| 03/22/2016 | DN25/PN16 FLANGED, SDNR, F/F 140MM (EC012700025LO93 | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
| --- | --- |
| Sub Total: | $173.33 |
| Sales Tax: | $10.40 |
| **Total:** | **$183.73** |



# Invoice

| Boat Name: | NATITA | | Document Number: | IVC00000000018987 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 03/23/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 03/23/2016 | JOHNSON PUMP 2.80743.11 BEARING COVER (REF 0110) | 1.00 | $136.25 | $136.25 | $8.18 |
| 03/23/2016 | JOHNSON PUMP 2.80925.11 PACKING (REF 0130) | 2.00 | $21.25 | $42.50 | $2.55 |
| 03/23/2016 | JOHNSON PUMP 3.84348.11 SLIDE RING (REF 0140) | 1.00 | $142.13 | $142.13 | $8.53 |
| 03/23/2016 | JOHNSON PUMP 3.84349.11 COUNTER RING (REF 0150) | 1.00 | $147.13 | $147.13 | $8.83 |
| 03/23/2016 | JOHNSON PUMP 2.87897.11 COLLAR (REF 0190) | 1.00 | $17.60 | $17.60 | $1.06 |
| 03/23/2016 | JOHNSON PUMP 40.260.306 SEAL PLATE (REF 0220) | 1.00 | $24.00 | $24.00 | $1.44 |
| 03/23/2016 | JOHNSON PUMP 43.482.963 PAKCING (REF 0230 | 2.00 | $20.75 | $41.50 | $2.49 |
| 03/23/2016 | JOHNSON PUMP 3.84879.11 SEALL PLATE (REF 0470) | 1.00 | $71.25 | $71.25 | $4.28 |
| 03/23/2016 | JOHNSON PUMP 0.3431.725 BEARING (REF 0640) | 2.00 | $122.50 | $245.00 | $14.70 |
| 03/23/2016 | S/H - INTERNATIONAL - EXPEDITED / PRIORITY | 1.00 | $69.00 | $69.00 | $4.14 |

| | |
|---|---|
| Sub Total: | $936.36 |
| Sales Tax: | $56.20 |
| **Total:** | **$992.56** |



**Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: IVC00000000019187 |
| Customer ID: | 906242 | Sales Order Date: 04/07/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/07/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 2.00 | $13.93 | $27.85 | $1.67 |
| 04/07/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 2.00 | $0.36 | $0.72 | $0.04 |

| | |
|---|---|
| Sub Total: | $28.57 |
| Sales Tax: | $1.71 |
| **Total:** | **$30.28** |



**Invoice**

| Boat Name: | NATITA | Document Number: | IVC00000000019258 |
| Customer ID: | 906242 | Sales Order Date: | 04/15/2016 |
| Address: | 115 MENARD ROAD | | |
| | HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|------|-------------|------|------|-----------|-----|
| 04/15/2016 | IMPORT - WINEL, NETHERLANDS - TNT AWB 885707831 | 1.00 | $162.00 | $162.00 | $9.72 |
| 04/15/2016 | CUSTOMS CLEARANCE PROCESSING CHARGE | 1.00 | $0.00 | $0.00 | $0.00 |
| 04/15/2016 | US CUSTOMS DUTY CHARGES: IMORT - WINEL, NETHERLANDS | 1.00 | $117.18 | $117.18 | $7.03 |
| 04/15/2016 | TNT AWB 885707831 | 1.00 | $0.00 | $0.00 | $0.00 |
| 04/15/2016 | AIRLINE TRANSFERS, TERMINAL CHARGES, SECURITY, IMPORT | 1.00 | $310.50 | $310.50 | $18.63 |
| 04/15/2016 | BOND, WAREHOUSE CHARGES & DOCUMENTATION - WINE | 1.00 | $0.00 | $0.00 | $0.00 |
| 04/15/2016 | NETHERLANDS - TNT AWB 885707831 | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $589.68 |
| Sales Tax: | $35.38 |
| **Total:** | **$625.06** |



# RYBOVICH

**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000019273 |
| Customer ID: | 906242 | Sales Order Date: | 04/18/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/18/2016 | 4/15 TO JUGKIT CHUNKONGHOR - NONTHABURI,TH | 1.00 | $51.00 | $51.00 | $0.00 |
| 04/18/2016 | TRK#776120678984 - DAN CAPAL | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $51.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$51.00** |



**Invoice**

| Boat Name: | NATITA | | Document Number: | IVC00000000019274 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 04/18/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/18/2016 | 4/15 TO FOO HOE SIN - SINGAPORE,SG | 1.00 | $43.56 | $43.56 | $0.00 |
| 04/18/2016 | TRK#776120833848 - DAN CAPEL | 1.00 | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| | Sub Total: | $43.56 |
| | Sales Tax: | $0.00 |
| | **Total:** | **$43.56** |



# Invoice

| Boat Name: | NATITA | | Document Number: | IVC00000000019442 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 04/29/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/29/2016 | 4/29 TO KATHRYN MCATEER - DONCASTER,GB | 1.00 | $43.56 | $43.56 | $0.00 |
| 04/29/2016 | TRK#776224782863 - RICHARD MULLINS | 1.00 | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Sub Total: | | $43.56 |
| Sales Tax: | | $0.00 |
| **Total:** | | **$43.56** |



# Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000019450 |
| Customer ID: | 906242 | Sales Order Date: | 04/29/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/29/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 2.00 | $13.93 | $27.85 | $1.67 |
| 04/29/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 2.00 | $0.36 | $0.72 | $0.04 |

| | | |
|---|---|---|
| Sub Total: | | $28.57 |
| Sales Tax: | | $1.71 |
| **Total:** | | **$30.28** |



**Invoice**

| Boat Name: | NATITA | | Document Number: | IVC00000000019482 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 05/03/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/03/2016 | Tug Boat Rental | 1.00 | $1,500.00 | $1,500.00 | $0.00 |
| 05/03/2016 | 2.5% Insurance/Environmental Fee | 1.00 | $37.50 | $37.50 | $2.25 |

| | | |
|---|---|---|
| | Sub Total: | $1,537.50 |
| | Sales Tax: | $2.25 |
| | **Total:** | **$1,539.75** |



**Invoice**

| Boat Name: | NATITA | | Document Number: | IVC00000000019508 |
| Customer ID: | 906242 | | Sales Order Date: | 05/05/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|------|-------------|------|------|-----------|-----|
| 05/05/2016 | Tug Boat Rental | 1.00 | $1,500.00 | $1,500.00 | $0.00 |
| 05/05/2016 | 2.5% Insurance/Environmental Fee | 1.00 | $37.50 | $37.50 | $2.25 |

| | |
|---|---|
| Sub Total: | $1,537.50 |
| Sales Tax: | $2.25 |
| **Total:** | **$1,539.75** |



**Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: IVC00000000019589 |
| Customer ID: | 906242 | Sales Order Date: 05/12/2016 |
| Address: | 115 MENARD ROAD | |
| | HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/12/2016 | 5/10 TO JAKE RICKWOOD - GUILDFORD,GB | 1.00 | $239.87 | $239.87 | $0.00 |
| 05/12/2016 | TRK#776304120930 - JAKE RICKWOOD | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $239.87 |
| Sales Tax: | $0.00 |
| **Total:** | **$239.87** |



# Invoice

| Boat Name: | NATITA | | Document Number: | IVC00000000019671 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 05/17/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/17/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 2.00 | $13.93 | $27.85 | $1.67 |
| 05/17/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 2.00 | $0.36 | $0.72 | $0.04 |

| | | |
|---|---|---|
| Sub Total: | | $28.57 |
| Sales Tax: | | $1.71 |
| **Total:** | | **$30.28** |



# Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: IVC00000000019801 |
| Customer ID: | 906242 | Sales Order Date: 05/31/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/31/2016 | 5/31 TO JUGKIT CHNKONGHOR - NONTHABURE,TH | 1.00 | $292.01 | $292.01 | $0.00 |
| 05/31/2016 | TRK#776408209145 - MCKENZIE MUNROE | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $292.01 |
| Sales Tax: | $0.00 |
| **Total:** | **$292.01** |



# Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000019810 |
| Customer ID: | 906242 | Sales Order Date: | 06/01/2016 |
| Address: | 115 MENARD ROAD | | |
| | HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 06/01/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 2.00 | $13.93 | $27.85 | $1.67 |
| 06/01/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 2.00 | $0.36 | $0.72 | $0.04 |

| | |
|---|---|
| Sub Total: | $28.57 |
| Sales Tax: | $1.71 |
| **Total:** | **$30.28** |



# Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000020088 |
| Customer ID: | 906242 | Sales Order Date: | 07/06/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|------|-------------|------|------|-----------|-----|
| 07/06/2016 | 7/5 TO BCOOL CONTROLS - LYSTRUP,DK | 1.00 | $346.55 | $346.55 | $0.00 |
| 07/06/2016 | TRK#776672638400 - BILL MIMS | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $346.55 |
| Sales Tax: | $0.00 |
| **Total:** | **$346.55** |



**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000020201 |
| Customer ID: | 906242 | Sales Order Date: | 07/27/2016 |
| Address: | 115 MENARD ROAD | | |
| | HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 07/27/2016 | 3M 5200 SEALANT BLACK 11 OZ. | 2.00 | $24.13 | $48.27 | $2.90 |

| | |
|---|---|
| Sub Total: | $48.27 |
| Sales Tax: | $2.90 |
| **Total:** | **$51.17** |



# Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000020326 |
| Customer ID: | 906242 | Sales Order Date: | 08/25/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 08/25/2016 | M8 FENDER WASHER, 24MM OD 2MM THICK | 100.00 | $0.74 | $74.00 | $4.44 |
| 08/25/2016 | S/H - GRND | 1.00 | $13.92 | $13.92 | $0.84 |

| | |
|---|---|
| Sub Total: | $87.92 |
| Sales Tax: | $5.28 |
| **Total:** | **$93.20** |



**Invoice**

| | | | | |
|---|---|---|---|---|
| Boat Name: | NATITA | | Document Number: | IVC00000000020594 |
| Customer ID: | 906242 | | Sales Order Date: | 10/11/2016 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 10/11/2016 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 3.00 | $16.80 | $50.40 | $3.02 |
| 10/11/2016 | FUEL SAMPLE LABEL MARPOL GL APPROVED | 3.00 | $0.36 | $1.08 | $0.06 |

| | |
|---|---|
| Sub Total: | $51.48 |
| Sales Tax: | $3.08 |
| **Total:** | **$54.56** |



# Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | |
| Document Number: | | IVC00000000020904 |
| Customer ID: | 906242 | |
| Sales Order Date: | | 11/10/2016 |
| Address: | 115 MENARD ROAD | |
| | HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 11/10/2016 | 10/28 IMPORT CHARGES - ALBLASSERDAM, NL | 1.00 | $147.49 | $147.49 | $0.00 |
| 11/10/2016 | TRK# 777580300639 / OCEANCO | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $147.49 |
| Sales Tax: | $0.00 |
| **Total:** | **$147.49** |



**Invoice**

| | | | | |
|---|---|---|---|---|
| Boat Name: | NATITA | | Document Number: | IVC00000000021106 |
| Customer ID: | 906242 | | Sales Order Date: | 11/28/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 11/28/2016 | 11/21 TO CHARLES FRENCH - ST. AUSTELL,GB | 1.00 | $44.54 | $44.54 | $0.00 |
| 11/28/2016 | TRK#777765032892 - RICHARD MULLINS | 1.00 | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Sub Total: | | $44.54 |
| Sales Tax: | | $0.00 |
| **Total:** | | **$44.54** |



**Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000021279 |
| Customer ID: | 906242 | Sales Order Date: | 12/14/2016 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 12/14/2016 | PARKER PA 12716-6133 3/2 WAY SINGLE SOLENOID/SPRING | 1.00 | $203.27 | $203.27 | $12.20 |
| 12/14/2016 | RETURN VALVE, W/ KZ3672 – NOMINAL VOLTAGE 220 | 1.00 | $0.00 | $0.00 | $0.00 |
| 12/14/2016 | 50/60HZ / SECONDARY VOLTAGE 110 Vdc | 1.00 | $0.00 | $0.00 | $0.00 |
| 12/14/2016 | S/H - GROUND SHIPPING & HANDLING | 1.00 | $19.50 | $19.50 | $1.17 |

| | |
|---|---|
| Sub Total: | $222.77 |
| Sales Tax: | $13.37 |
| **Total:** | **$236.14** |



**Invoice**

| Boat Name: | NATITA | Document Number: | IVC00000000021864 |
|---|---|---|---|
| Customer ID: | 906242 | Sales Order Date: | 02/17/2017 |
| Address: | 115 MENARD ROAD | | |
| | HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 02/17/2017 | Waste Disposal - Used Filters | 8.00 | $6.00 | $48.00 | $0.00 |

|  |  |
|---|---|
| Sub Total: | $48.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$48.00** |



**Invoice**

| Boat Name: | NATITA | Document Number: | IVC00000000022441 |
| Customer ID: | 906242 | Sales Order Date: | 04/14/2017 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 04/14/2017 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 3.00 | $15.06 | $45.18 | $3.16 |

| | |
|---|---|
| Sub Total: | $45.18 |
| Sales Tax: | $3.16 |
| **Total:** | **$48.34** |



**Invoice**

| | |
|---|---|
| Boat Name: | NATITA |
| Customer ID: | 906242 |
| Address: | 115 MENARD ROAD |
| | HOUMA,LA 70361United States of America |

| | |
|---|---|
| Document Number: | IVC00000000022616 |
| Sales Order Date: | 05/02/2017 |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/02/2017 | FILTERS | 3.00 | $6.00 | $18.00 | $0.00 |
| 05/02/2017 | SORBENTS -1 BUCKET | 1.00 | $15.00 | $15.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $33.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$33.00** |



## Invoice

| Boat Name: | NATITA | | Document Number: | IVC00000000022623 |
|---|---|---|---|---|
| Customer ID: | 906242 | | Sales Order Date: | 05/02/2017 |
| Address: | 115 MENARD ROAD | | | |
| | HOUMA,LA 70361United States of America | | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/02/2017 | FILTER DISPOSAL | 5.00 | $6.00 | $30.00 | $0.00 |
| 05/02/2017 | 1 BUCKET WASTE-SORBENTS | 1.00 | $15.00 | $15.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $45.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$45.00** |



**Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: IVC00000000022795 |
| Customer ID: | 906242 | Sales Order Date: 05/15/2017 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 05/15/2017 | FILTER DISPOSAL | 5.00 | $6.00 | $30.00 | $0.00 |
| 05/15/2017 | WASTE DISPOSAL | 1.00 | $15.00 | $15.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $45.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$45.00** |



**Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: IVC00000000023087 |
| Customer ID: | 906242 | Sales Order Date: 06/09/2017 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 06/09/2017 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 3.00 | $16.20 | $48.59 | $3.40 |

| | |
|---|---|
| Sub Total: | $48.59 |
| Sales Tax: | $3.40 |
| **Total:** | **$51.99** |



# **Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000023225 |
| Customer ID: | 906242 | Sales Order Date: | 06/23/2017 |
| Address: | 115 MENARD ROAD HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 06/23/2017 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 3.00 | $17.33 | $51.99 | $3.64 |

| | |
|---|---|
| Sub Total: | $51.99 |
| Sales Tax: | $3.64 |
| **Total:** | **$55.63** |



# Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | |
| | | Document Number: | IVC00000000023326 |
| Customer ID: | 906242 | |
| | | Sales Order Date: | 07/07/2017 |
| Address: | 115 MENARD ROAD | |
| | HOUMA,LA 70361United States of America | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 07/07/2017 | FUEL SAMPLE BOTTLE-MARPOL APPROVED 750ML | 2.00 | $17.33 | $34.66 | $2.43 |

| | |
|---|---|
| Sub Total: | $34.66 |
| Sales Tax: | $2.43 |
| **Total:** | **$37.09** |



# Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000023349 |
| Customer ID: | 906242 | Sales Order Date: | 07/12/2017 |
| Address: | 115 MENARD ROAD<br>HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 07/12/2017 | FILTER DISPOSAL 11 TOTAL | 11.00 | $6.00 | $66.00 | $0.00 |
| 07/12/2017 | 1 BUCKET ABSORBENTS | 1.00 | $15.00 | $15.00 | $0.00 |

| | |
|---|---|
| Sub Total: | $81.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$81.00** |



# RYBOVICH
**Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | IVC00000000023353 |
| Customer ID: | 906242 | Sales Order Date: | 07/13/2017 |
| Address: | 115 MENARD ROAD | | |
| | HOUMA,LA 70361United States of America | | |

| Date | Description | Unit | Cost | Ext. Cost | Tax |
|---|---|---|---|---|---|
| 07/13/2017 | RAGS: BAG O RAGS-1LB | 50.00 | $1.50 | $75.00 | $5.25 |

| | |
|---|---|
| Sub Total: | $75.00 |
| Sales Tax: | $5.25 |
| **Total:** | **$80.25** |