COMPOSITE EXHIBIT "H"
FUF INVOICES

# RYBOVICH

**Invoice**

| | | | | |
|---|---|---|---|---|
| Boat Name: | | Sales Order Number: | | 67954 |
| Customer ID: | 906242 | Sales Order Date: | | 7/5/2016 |
| Address: | 115 Menard Road Houma, LA 70361 United States Of America | | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| 7/1/2016 | TESS LLC (dba IMTECH U - 7/1 09:30:43 | 1 | $50.00 | $50.00 |
| | | | Total For: 7/1/2016 | $50.00 |
| | | | 2.5% Ins./Env. Fee: | $1.25 |
| | | | Sub Total: | $51.25 |
| | | | 6.0000% Sales Tax | $3.08 |
| | | | **Sales Order Total:** | **$54.33** |



# Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | | Sales Order Number: | | 72042 |
| Customer ID: | 906242 | Sales Order Date: | | 12/5/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| 12/1/2016 | CANVAS DESIGNERS INC. - 12/1 11:09:03 | 2 | $50.00 | $100.00 |
| | | Total For: 12/1/2016 | | $100.00 |
| | | 2.5% Ins./Env. Fee: | | $2.50 |
| | | Sub Total: | | $102.50 |
| | | 6.0000% Sales Tax | | $6.15 |
| | | **Sales Order Total:** | | **$108.65** |

# RYBOVICH

**Invoice**

| | | | | |
|---|---|---|---|---|
| Boat Name: | | Sales Order Number: | | 72430 |
| Customer ID: | 906242 | Sales Order Date: | | 12/19/2016 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| 12/15/2016 | FIRE RANGER - 12/15 14:42:02 | 1 | $50.00 | $50.00 |
| | | Total For: 12/15/2016 | | $50.00 |
| | | 2.5% Ins./Env. Fee: | | $1.25 |
| | | Sub Total: | | $51.25 |
| | | 6.0000% Sales Tax | | $3.08 |
| | | **Sales Order Total:** | | **$54.33** |

# RYBOVICH

## Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | | Sales Order Number: | | 78476 |
| Customer ID: | 906242 | Sales Order Date: | | 6/12/2017 |
| Address: | 115 Menard Road Houma,LA 70361 | United States Of America | | |

| Sales Date | Description | Unit / Footage | Cost | Ext. Cost |
|---|---|---|---|---|
| 6/6/2017 | CAMPER and NICHOLSONS - 6/6 09:16:26 | 2 | $50.00 | $100.00 |
| 6/6/2017 | CAMPER and NICHOLSONS - 6/6 09:16:38 | 1 | $50.00 | $50.00 |
| | | | Total For: 6/6/2017 | $150.00 |
| 6/8/2017 | PROFESSIONAL TANK CLEA - 6/8 08:45:47 | 4 | $50.00 | $200.00 |
| | | | Total For: 6/8/2017 | $200.00 |
| | | | 2.5% Ins./Env. Fee: | $8.75 |
| | | | Sub Total: | $358.75 |
| | | | 7.0000% Sales Tax | $25.11 |
| | | | **Sales Order Total:** | **$383.86** |