COMPOSITE EXHIBIT "I"
CPSO INVOICES



# Crew Purchase Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | |
| Customer ID: | 906242 | |
| Address: | 115 Menard Road | |
| | Houma,LA 70361 | United States Of America |

| | | |
|---|---|---|
| Document Number: | | CPSO927248 |
| Order Date: | | 02/08/2016 |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| PAINT POTS PLASTIC 1 QT | 3.00 | $0.75 | $2.25 |

| | |
|---|---|
| Sub Total: | $2.25 |
| Tax: | $0.14 |
| **Total:** | **$2.39** |

Payment Method: On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO927996 |
| Customer ID: | 906242 | Order Date: | 03/08/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| SHIELDS 150 CLEAR HOSE 5/8" 150058 | 1.00 | $1.93 | $1.93 |

| | | |
|---|---|---|
| | Sub Total: | $1.93 |
| | Tax: | $0.12 |
| | **Total:** | **$2.05** |

Payment Method: On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name:   NATITA

Customer ID:  906242

Address:     115 Menard Road
Houma,LA 70361    United States Of America

Document Number:   CPSO928079

Order Date:          03/10/2016

| Item | Quantity | Retail Price | Extended Price |
|------|---------:|-------------:|---------------:|
| CAT5E UNSHIELDED INLINE COUPLER | 2.00 | $6.43 | $12.86 |

|  |  |
|---|---:|
| Sub Total: | $12.86 |
| Tax: | $0.77 |
| **Total:** | **$13.63** |

Payment Method:   On Account

Authorized By:

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO928470 |
| Customer ID: | 906242 | Order Date: | 03/30/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| BRZ 45 ST EL 1 44-205 | 1.00 | $23.83 | $23.83 |
| BRZ COUPLING 1 44-415 | 2.00 | $16.25 | $32.50 |
| BRZ 90 ST EL 1 44-165 | 1.00 | $18.55 | $18.55 |
| GROCO FF1000 1" FULL FLOW HOSE BARB | 3.00 | $11.42 | $34.26 |
| POLYBRAID 1-1/4 HOSE W/BLUE TRACER | 4.00 | $5.45 | $21.80 |

| | | |
|---|---|---|
| | Sub Total: | $130.94 |
| | Tax: | $7.86 |
| | **Total:** | **$138.80** |

Payment Method:    On Account

Authorized By:    *WL MIMS*

CHARLES DUGAS-
STANDISH

# RYBOVICH

## Crew Purchase Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | NATITA | | Document Number: | CPSO928503 |
| Customer ID: | 906242 | | Order Date: | 03/31/2016 |
| Address: | 115 Menard Road | | | |
| | Houma,LA 70361 | United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| HOSE CLAMP #24H (30024H) | 8.00 | $1.47 | $11.76 |
| GROCO FF1000 1" FULL FLOW HOSE BARB | 1.00 | $12.37 | $12.37 |

| | |
|---|---|
| Sub Total: | $24.13 |
| Tax: | $1.45 |
| **Total:** | **$25.58** |

Payment Method:     On Account

Authorized By:      *B.ll*

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO928517 |
| Customer ID: | 906242 | Order Date: | 03/31/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| BRZ NIPPLE 1 X 3-1/2 40-104 | 1.00 | $23.13 | $23.13 |
| BRZ 90 EL 1 44-105 | 1.00 | $14.35 | $14.35 |

| | | |
|---|---|---|
| | Sub Total: | $37.48 |
| | Tax: | $2.25 |
| | **Total:** | **$39.73** |

Payment Method: On Account

Authorized By: *Bill*

CHARLES DUGAS-
STANDISH



## Crew Purchase Invoice

Boat Name: NATITA                           Document Number:    CPSO929153
Customer ID: 906242                         Order Date:              04/27/2016
Address:      115 Menard Road
              Houma,LA 70361     United States Of America

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| TERMINAL: 8AWG SINGLE FERRULE-IVORY | 10.00 | $0.49 | $4.90 |

|  |  |
|--|--|
| Sub Total: | $4.90 |
| Tax: | $0.29 |
| **Total:** | **$5.19** |

Payment Method:    On Account

Authorized By:     *Eddie*

                                                Eddie M.



## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO929188 |
| Customer ID: | 906242 | Order Date: | 04/28/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361    United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| TERMINAL: 8AWG SINGLE FERRULE-IVORY | 20.00 | $0.49 | $9.80 |

| | |
|---|---|
| Sub Total: | $9.80 |
| Tax: | $0.59 |
| **Total:** | **$10.39** |

Payment Method:    On Account

Authorized By:

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930249 |
| Customer ID: | 906242 | Order Date: | 06/14/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| DEVCON MAGIC BOND EPOXY PUTTY 4oz | 1.00 | $32.72 | $32.72 |

| | | |
|---|---|---|
| | Sub Total: | $32.72 |
| | Tax: | $1.96 |
| | **Total:** | **$34.68** |

Payment Method: On Account

Authorized By: *Nacho*

Rusty Allen

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930324 |
| Customer ID: | 906242 | Order Date: | 06/20/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| PERMATX 27BR SENDOR SAFE HI TEMP RTV 3OZ | 1.00 | $7.57 | $7.57 |
| RAGS: BAG O RAGS-1LB | 1.00 | $2.09 | $2.09 |

| | | |
|---|---|---|
| | Sub Total: | $9.66 |
| | Tax: | $0.58 |
| | **Total:** | **$10.24** |

Payment Method: On Account

Authorized By: *Eddie*

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA

Customer ID: 906242

Address: 115 Menard Road
Houma,LA 70361    United States Of America

Document Number:    CPSO930327

Order Date:    06/20/2016

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| GLOVES: SAS RAVEN PF NITRILE GLOVE - XL | 100.00 | $0.34 | $34.00 |

| | | |
|---|---|---|
| Sub Total: | $34.00 |
| Tax: | $2.04 |
| **Total:** | **$36.04** |

Payment Method:    On Account

Authorized By:

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930414 |
| Customer ID: | 906242 | Order Date: | 06/28/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| PAINT POT PLASTIC 10QT | 1.00 | $6.68 | $6.68 |
| PAINT POTS PLASTIC 5 QT | 1.00 | $2.60 | $2.60 |
| PAINT POTS PLASTIC 2 1/2 QT | 2.00 | $1.62 | $3.24 |
| PAINT POTS PLASTIC PT | 2.00 | $0.58 | $1.16 |
| RAGS: BAG O RAGS-1LB | 2.00 | $2.09 | $4.18 |

| | |
|---|---|
| Sub Total: | $17.86 |
| Tax: | $1.07 |
| **Total:** | **$18.93** |

Payment Method: On Account

Authorized By: *Eddie*

Eddie M.



# RYBOVICH

**Crew Purchase Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930423 |
| Customer ID: | 906242 | Order Date: | 06/28/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| THROW AWAY BRUSH 1/2" B4  (36) | 1.00 | $0.48 | $0.48 |

| | |
|---|---|
| Sub Total: | $0.48 |
| Tax: | $0.03 |
| **Total:** | **$0.51** |

Payment Method: On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA                     Document Number:      CPSO930435
Customer ID: 906242                   Order Date:           06/29/2016
Address:     115 Menard Road
             Houma,LA 70361      United States Of America

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| BUSHING: BRONZE - 2"MNPT x 1/2"FNPT | 1.00 | $26.67 | $26.67 |

| | Sub Total: | $26.67 |
|---|---|---|
| | Tax: | $1.60 |
| | **Total:** | **$28.27** |

Payment Method:    On Account
Authorized By:

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930439 |
| Customer ID: | 906242 | Order Date: | 06/29/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CPVC S80 REDUCER BUSHING MPT X FPT 2-1/2"" X 2" | 1.00 | $40.43 | $40.43 |

| | | |
|---|---|---|
| | Sub Total: | $40.43 |
| | Tax: | $2.43 |
| | **Total:** | **$42.86** |

Payment Method: On Account

Authorized By: _Bill_

Eddie M.

# RYBOVICH

**Crew Purchase Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930443 |
| Customer ID: | 906242 | Order Date: | 06/29/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| HOSE: HOSE MENDER FEMALE COUPLING-5/8" & 3/4" | 1.00 | $2.65 | $2.65 |
| NIPPLE: BRONZE 1"NPT x CL | 1.00 | $7.87 | $7.87 |
| CPVC S80 NIPPLE 1-1/2" X CL | 1.00 | $5.39 | $5.39 |
| COUPLING: REDUCER BRONZE - 1"FNPT x 3/4"FNPT | 1.00 | $13.58 | $13.58 |
| COUPLING: REDUCER BRONZE - 1-1/2"FNPT x 1"FNPT | 1.00 | $26.25 | $26.25 |

| | |
|---|---|
| Sub Total: | $55.74 |
| Tax: | $3.34 |
| **Total:** | **$59.08** |

Payment Method: On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA                    Document Number:        CPSO930520
Customer ID: 906242                  Order Date:             07/07/2016
Address:     115 Menard Road
             Houma,LA 70361        United States Of America

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| BRUSH: THROW AWAY BRUSH-1/2" | 3.00 | $0.48 | $1.44 |
| BRUSH: THROW AWAY BRUSH-1" | 3.00 | $0.58 | $1.74 |

|  |  |
|---|---|
| Sub Total: | $3.18 |
| Tax: | $0.19 |
| **Total:** | **$3.37** |

Payment Method:    On Account

Authorized By:

Rusty Allen



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930524 |
| Customer ID: | 906242 | Order Date: | 07/08/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CLEANER: BARNICLE BUSTER CONCENTRATE-GALLON | 3.00 | $68.57 | $205.71 |

| | |
|---|---|
| Sub Total: | $205.71 |
| Tax: | $12.34 |
| **Total:** | **$218.05** |

Payment Method: On Account

Authorized By:

Rusty Allen



# RYBOVICH

## Crew Purchase Invoice

Boat Name:     NATITA                         Document Number:          CPSO930592
Customer ID:   906242                         Order Date:               07/13/2016
Address:       115 Menard Road
               Houma,LA 70361     United States Of America

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| 4" FOAM ROLLER  (2PK) | 4.00 | $4.37 | $17.48 |

| | | |
|---|---|---|
| | Sub Total: | $17.48 |
| | Tax: | $1.05 |
| | **Total:** | **$18.53** |

Payment Method:     On Account

Authorized By:

CHARLES DUGAS-
STANDISH



## Crew Purchase Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: CPSO930691 |
| Customer ID: | 906242 | Order Date: 07/21/2016 |
| Address: | 115 Menard Road | |
| | Houma,LA 70361 | United States Of America |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| BUSHING: BRONZE - 1"MNPT x 3/4"FNPT | 2.00 | $6.67 | $13.34 |
| CLEANER: BARNICLE BUSTER CONCENTRATE-GALLON | 2.00 | $68.57 | $137.14 |

| | | |
|---|---|---|
| | Sub Total: | $150.48 |
| | Tax: | $9.03 |
| | **Total:** | **$159.51** |

Payment Method: On Account

Authorized By:

Eddie M.



**Crew Purchase Invoice**

| | | |
|---|---|---|
| Boat Name: | NATITA | Document Number: CPSO930704 |
| Customer ID: | 906242 | Order Date: 07/21/2016 |
| Address: | 115 Menard Road | |
| | Houma,LA 70361 | United States Of America |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CLEANER: BARNICLE BUSTER CONCENTRATE-GALLON | 1.00 | $68.57 | $68.57 |

| | |
|---|---|
| Sub Total: | $68.57 |
| Tax: | $4.11 |
| **Total:** | **$72.68** |

Payment Method: On Account

Authorized By:

Eddie M.



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930752 |
| Customer ID: | 906242 | Order Date: | 07/26/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| 3M 5200 SEALANT WHITE CART 11 OZ. | 3.00 | $20.00 | $60.00 |

| | |
|---|---|
| Sub Total: | $60.00 |
| Tax: | $3.60 |
| **Total:** | **$63.60** |

Payment Method: On Account

Authorized By: *Eddie*

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930834 |
| Customer ID: | 906242 | Order Date: | 08/02/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| 5/16 X 1 1/2 FENDER WASHER S/S 316 | 10.00 | $1.54 | $15.40 |

| | | |
|---|---|---|
| | Sub Total: | $15.40 |
| | Tax: | $0.92 |
| | **Total:** | **$16.32** |

Payment Method: On Account

Authorized By: *Eddie*

Eddie M.



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO930961 |
| Customer ID: | 906242 | Order Date: | 08/15/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CLEANER: BARNICLE BUSTER CONCENTRATE-GALLON | 3.00 | $68.57 | $205.71 |

| | | |
|---|---|---|
| | Sub Total: | $205.71 |
| | Tax: | $12.34 |
| | **Total:** | **$218.05** |

Payment Method: On Account

Authorized By:

_Rusty Allen_

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO931152 |
| Customer ID: | 906242 | Order Date: | 08/29/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| PLUG: BRONZE - 1"NPT | 2.00 | $4.85 | $9.70 |
| PLUG: BRONZE - 3/4"NPT | 2.00 | $6.49 | $12.98 |

| | | |
|---|---|---|
| | Sub Total: | $22.68 |
| | Tax: | $1.36 |
| | **Total:** | **$24.04** |

Payment Method: On Account

Authorized By: _Bill_

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA                    Document Number:        CPSO931320
Customer ID: 906242                  Order Date:             09/08/2016
Address:     115 Menard Road
             Houma,LA 70361     United States Of America

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| NIPPLE: BRONZE 3/4"NPT x CL | 2.00 | $12.52 | $25.04 |

|  |  |
|--|--|
| Sub Total: | $25.04 |
| Tax: | $1.50 |
| **Total:** | **$26.54** |

Payment Method:    On Account
Authorized By:

Rusty Allen

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO931340 |
| Customer ID: | 906242 | Order Date: | 09/09/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| RAGS: BAG O RAGS-1LB | 50.00 | $2.09 | $104.50 |
| HOSE BARB: BRONZE 3/4"MNPT X 3/4"BARB | 2.00 | $6.67 | $13.34 |

| | |
|---|---|
| Sub Total: | $117.84 |
| Tax: | $7.07 |
| **Total:** | **$124.91** |

Payment Method:    On Account

Authorized By:    _WLM_

Rusty Allen



## Crew Purchase Invoice

Boat Name:     NATITA                          Document Number:        CPSO931430
Customer ID:   906242                          Order Date:             09/13/2016
Address:       115 Menard Road
               Houma,LA 70361        United States Of America

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| POLYBRAID 1-1/2 HOSE W/BLUE TRACER | 1.00 | $6.11 | $6.11 |

|  | Sub Total: | $6.11 |
|---|---|---|
|  | Tax: | $0.37 |
|  | **Total:** | **$6.48** |

Payment Method:     On Account
Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA                   Document Number:        CPSO931441
Customer ID: 906242                  Order Date:             09/14/2016
Address:    115 Menard Road
            Houma,LA 70361    United States Of America

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| AWAB SAE 32 (196-316064) | 5.00 | $3.97 | $19.85 |

|  |  |
|---|---|
| Sub Total: | $19.85 |
| Tax: | $1.19 |
| **Total:** | **$21.04** |

Payment Method:    On Account

Authorized By:

Eddie M.



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO931491 |
| Customer ID: | 906242 | Order Date: | 09/15/2016 |
| Address: | 115 Menard Road Houma,LA 70361 United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| GLOVES: BLACK NITRILE 6MIL POWDER FREE-XL | 100.00 | $0.34 | $34.00 |

| | |
|---|---|
| Sub Total: | $34.00 |
| Tax: | $2.04 |
| **Total:** | **$36.04** |

Payment Method: On Account

Authorized By:

Rusty Allen

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO931562 |
| Customer ID: | 906242 | Order Date: | 09/19/2016 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| KLINGERSIL:C-4401 1/16 NITRILE GASKET-GREEN | 4.00 | $14.78 | $59.12 |

| | |
|---|---|
| Sub Total: | $59.12 |
| Tax: | $3.55 |
| **Total:** | **$62.67** |

Payment Method: On Account

Authorized By: *WLM*

Eddie M.



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO934911 |
| Customer ID: | 906242 | Order Date: | 01/25/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| HOSE BARB: BRONZE 3/4"MNPT X 3/4"BARB | 2.00 | $6.67 | $13.34 |

| | |
|---|---|
| Sub Total: | $13.34 |
| Tax: | $0.93 |
| **Total:** | **$14.27** |

Payment Method:   On Account

Authorized By:

Rusty Allen



## Crew Purchase Invoice

Boat Name: NATITA

Document Number: CPSO934965

Customer ID: 906242

Order Date: 01/26/2017

Address: 115 Menard Road
Houma,LA 70361    United States Of America

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| NIPPLE: BRONZE 3/4"NPT x 3" | 2.00 | $7.08 | $14.16 |

| | | |
|---|---|---|
| Sub Total: | $14.16 |
| Tax: | $0.99 |
| **Total:** | **$15.15** |

Payment Method:    On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name:       NATITA                                    Document Number:                CPSO935135
Customer ID:   906242                                     Order Date:                           02/01/2017
Address:           115 Menard Road
                        Houma,LA 70361        United States Of America

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| KENT ULTRA STICK ADHSV 10140(20725) | 1.00 | $28.19 | $28.19 |

|  |  |
|---|---|
| Sub Total: | $28.19 |
| Tax: | $1.97 |
| **Total:** | **$30.16** |

Payment Method:    On Account
Authorized By:

_____

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA
Customer ID: 906242
Address: 115 Menard Road
Houma,LA 70361    United States Of America

Document Number: CPSO935310
Order Date: 02/06/2017

| Item | | Quantity | Retail Price | Extended Price |
|---|---|---|---|---|
| 3M WET-N-DRY 1000 | 50 | 10.00 | $1.06 | $10.60 |
| PAD: 3M 8541 DOODLEBUG PAD-BROWN | | 2.00 | $3.73 | $7.46 |

|  | |
|---|---|
| Sub Total: | $18.06 |
| Tax: | $1.26 |
| **Total:** | **$19.32** |

Payment Method:    On Account
Authorized By:

Eddie M.



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO935455 |
| Customer ID: | 906242 | Order Date: | 02/09/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361    United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CLEANER: ORPINE BOAT SOAP-GALLON | 1.00 | $74.87 | $74.87 |

| | | |
|---|---|---|
| | Sub Total: | $74.87 |
| | Tax: | $5.24 |
| | **Total:** | **$80.11** |

Payment Method:    On Account

Authorized By:

Mark  Hendrik



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO935562 |
| Customer ID: | 906242 | Order Date: | 02/13/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CHECK VALVE: BRONZE SWING CHECK - 3/4"FNPT | 1.00 | $20.75 | $20.75 |

| | | |
|---|---|---|
| | Sub Total: | $20.75 |
| | Tax: | $1.45 |
| | **Total:** | **$22.20** |

Payment Method:  On Account

Authorized By:

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO935677 |
| Customer ID: | 906242 | Order Date: | 02/16/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| TOOLS: SNAP BLADE KNIFE-LARGE | 1.00 | $2.20 | $2.20 |
| TOOLS: SNAP BLADE KNIFE-SMALL | 1.00 | $1.79 | $1.79 |
| COUPLING: BRONZE - 1/2"NPT | 2.00 | $5.73 | $11.46 |
| ELBOW: BRONZE STREET 90 - 1/2"NPT | 2.00 | $8.83 | $17.66 |
| NIPPLE: BRONZE 1/2"NPT x 2-1/2" | 1.00 | $7.50 | $7.50 |
| NIPPLE: BRONZE 1/2"NPT x 3" | 1.00 | $9.25 | $9.25 |
| NIPPLE: BRONZE 1/2"NPT x CL | 1.00 | $11.22 | $11.22 |

| | |
|---|---|
| Sub Total: | $61.08 |
| Tax: | $4.28 |
| **Total:** | **$65.36** |

Payment Method:   On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA

Customer ID: 906242

Address: 115 Menard Road
Houma,LA 70361    United States Of America

Document Number: CPSO935977

Order Date: 02/27/2017

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| POLISH: FLITZ METAL POLISH-5.29OZ | 2.00 | $26.07 | $52.14 |

| | | |
|---|---|---|
| Sub Total: | | $52.14 |
| Tax: | | $3.65 |
| **Total:** | | **$55.79** |

Payment Method: On Account

Authorized By:

Eddie M.

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO936174 |
| Customer ID: | 906242 | Order Date: | 03/06/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361    United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| NIPPLE: BRONZE 1/4"NPT x CL | 2.00 | $8.02 | $16.04 |
| ELBOW: BRONZE STREET 90 - 1/4"NPT | 1.00 | $8.33 | $8.33 |
| BUSHING: BRONZE - 3/8"MNPT x 1/4"FNPT | 1.00 | $9.17 | $9.17 |

|  |  |
|---|---|
| Sub Total: | $33.54 |
| Tax: | $2.34 |
| **Total:** | **$35.88** |

Payment Method:    On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA

Customer ID: 906242

Address: 115 Menard Road
Houma, LA 70361    United States Of America

Document Number: CPSO936254

Order Date: 03/08/2017

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| RAGS: BAG O RAGS-1LB | 50.00 | $2.09 | $104.50 |

| | | |
|---|---|---|
| Sub Total: | | $104.50 |
| Tax: | | $7.32 |
| **Total:** | | **$111.82** |

Payment Method: On Account

Authorized By:

Eddie M.



## Crew Purchase Invoice

Boat Name: NATITA  
Customer ID: 906242  
Address: 115 Menard Road  
Houma,LA 70361    United States Of America

Document Number: CPSO936471  
Order Date: 03/15/2017

| Item | Quantity | Retail Price | Extended Price |
|------|---------|-------------|----------------|
| PAD: 3M 8541 DOODLEBUG PAD-BROWN | 5.00 | $3.73 | $18.65 |

| | |
|---|---|
| Sub Total: | $18.65 |
| Tax: | $1.31 |
| **Total:** | **$19.96** |

Payment Method: On Account  
Authorized By:

Mark  Hendrik



# RYBOVICH

## Crew Purchase Invoice

Boat Name: NATITA                                    Document Number:        CPSO936676

Customer ID: 906242                                  Order Date:             03/21/2017

Address:      115 Menard Road
              Houma,LA 70361        United States Of America

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| CLEANER: ORPINE BOAT SOAP-GALLON | 1.00 | $77.42 | $77.42 |

|  |  |
|--|--|
| Sub Total: | $77.42 |
| Tax: | $5.42 |
| **Total:** | **$82.84** |

Payment Method:    On Account

Authorized By:

Robert Forster



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO936882 |
| Customer ID: | 906242 | Order Date: | 03/28/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| POLISH: FLITZ METAL POLISH-5.29OZ | 1.00 | $26.07 | $26.07 |

| | |
|---|---|
| Sub Total: | $26.07 |
| Tax: | $1.82 |
| **Total:** | **$27.89** |

Payment Method: On Account

Authorized By:

Robert Forster



## Crew Purchase Invoice

Boat Name: NATITA

Customer ID: 906242

Address: 115 Menard Road
Houma, LA 70361    United States Of America

Document Number: CPSO937081

Order Date: 04/03/2017

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| POLISH: FLITZ METAL POLISH-5.29OZ | 1.00 | $26.07 | $26.07 |

| | |
|---|---|
| Sub Total: | $26.07 |
| Tax: | $1.82 |
| **Total:** | **$27.89** |

Payment Method: On Account

Authorized By:

Robert Forster



## Crew Purchase Invoice

Boat Name:     NATITA

Customer ID:   906242

Address:       115 Menard Road
               Houma,LA 70361      United States Of America

Document Number:     CPSO937082

Order Date:          04/03/2017

| Item | Quantity | Retail Price | Extended Price |
|------|----------|--------------|----------------|
| RAGS: BAG O RAGS-1LB | 2.00 | $2.09 | $4.18 |

|  |  |
|--|--|
| Sub Total: | $4.18 |
| Tax: | $0.29 |
| **Total:** | **$4.47** |

Payment Method:     On Account

Authorized By:

Robert Forster



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO937200 |
| Customer ID: | 906242 | Order Date: | 04/05/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| POLISH: FLITZ METAL POLISH-5.29OZ | 1.00 | $26.07 | $26.07 |

| | | |
|---|---|---|
| | Sub Total: | $26.07 |
| | Tax: | $1.82 |
| | **Total:** | **$27.89** |

Payment Method: On Account

Authorized By:

Robert Forster



## Crew Purchase Invoice

Boat Name: NATITA
Customer ID: 906242
Address: 115 Menard Road
Houma,LA 70361    United States Of America

Document Number:    CPSO937404
Order Date:    04/10/2017

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| POLISH: FLITZ METAL POLISH-5.29OZ | 1.00 | $26.07 | $26.07 |

| | | |
|---|---|---|
| Sub Total: | | $26.07 |
| Tax: | | $1.82 |
| **Total:** | | **$27.89** |

Payment Method:    On Account
Authorized By:

Robert Forster



# Crew Purchase Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | NATITA | | Document Number: | CPSO937463 |
| Customer ID: | 906242 | | Order Date: | 04/11/2017 |
| Address: | 115 Menard Road | | | |
| | Houma,LA 70361 | United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CABLE: ETHERNET CAT5E-150FT | 1.00 | $61.86 | $61.86 |

| | |
|---|---|
| Sub Total: | $61.86 |
| Tax: | $4.33 |
| **Total:** | **$66.19** |

Payment Method: On Account

Authorized By:

Robert Forster



## Crew Purchase Invoice

| | | | | |
|---|---|---|---|---|
| Boat Name: | NATITA | | Document Number: | CPSO937538 |
| Customer ID: | 906242 | | Order Date: | 04/13/2017 |
| Address: | 115 Menard Road | | | |
| | Houma,LA 70361 | United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| POLISH: FLITZ METAL POLISH-5.29OZ | 1.00 | $26.07 | $26.07 |

| | | |
|---|---|---|
| | Sub Total: | $26.07 |
| | Tax: | $1.82 |
| | **Total:** | **$27.89** |

Payment Method:   On Account

Authorized By:

Robert Forster



## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO937948 |
| Customer ID: | 906242 | Order Date: | 04/25/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361    United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| PROTECTION: 3M 4520 DISPOSABLE COVERALL 2XL | 1.00 | $5.51 | $5.51 |

| | |
|---|---|
| Sub Total: | $5.51 |
| Tax: | $0.39 |
| **Total:** | **$5.90** |

Payment Method:    On Account

Authorized By:

Robert Forster



# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO938267 |
| Customer ID: | 906242 | Order Date: | 05/03/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CLEANER: BARNICLE BUSTER CONCENTRATE-GALLON | 3.00 | $68.57 | $205.71 |

| | |
|---|---|
| Sub Total: | $205.71 |
| Tax: | $14.40 |
| **Total:** | **$220.11** |

Payment Method: On Account

Authorized By: *Bill*

Robert Forster



## Crew Purchase Invoice

| | | |
|---|---|---|
| Boat Name: | NATITA | |
| Customer ID: | 906242 | |
| Address: | 115 Menard Road | |
| | Houma,LA 70361 | United States Of America |

| | | | |
|---|---|---|---|
| Document Number: | | | CPSO938332 |
| Order Date: | | | 05/04/2017 |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CLEANER: BARNICLE BUSTER CONCENTRATE-GALLON | 4.00 | $68.57 | $274.28 |

| | |
|---|---|
| Sub Total: | $274.28 |
| Tax: | $19.20 |
| **Total:** | **$293.48** |

Payment Method: On Account

Authorized By:

Robert Forster

# RYBOVICH

## Crew Purchase Invoice

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO939594 |
| Customer ID: | 906242 | Order Date: | 06/08/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361   United States Of America | | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| CPVC S80 REDUCER BUSHING MPT X FPT 2" X 1-1/2" | 1.00 | $15.38 | $15.38 |
| CPVC S80 REDUCER BUSHING MPT X FPT 2" X 1-1/4" | 1.00 | $18.18 | $18.18 |

| | |
|---|---|
| Sub Total: | $33.56 |
| Tax: | $2.35 |
| **Total:** | **$35.91** |

Payment Method:   On Account

Authorized By:

Robert Forster



# RYBOVICH

**Crew Purchase Invoice**

| | | | |
|---|---|---|---|
| Boat Name: | NATITA | Document Number: | CPSO940080 |
| Customer ID: | 906242 | Order Date: | 07/13/2017 |
| Address: | 115 Menard Road | | |
| | Houma,LA 70361 | United States Of America | |

| Item | Quantity | Retail Price | Extended Price |
|---|---|---|---|
| GLOVE: BLACK NITRILE 6MIL POWDER FREE-XL | 100.00 | $0.30 | $30.00 |
| OIL ABSORBANT NEWPIG MED. MAT455 | 100.00 | $1.08 | $108.00 |

| | | |
|---|---|---|
| | Sub Total: | $138.00 |
| | Tax: | $9.66 |
| | **Total:** | **$147.66** |

Payment Method: On Account

Authorized By:

Robert Forster