UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

CASE NO. 17-CV-80838-ROSENBERG/HOPKINS

GOLDMAN SACHS BANK USA,
a New York State-chartered bank,

    Plaintiff,

vs.

M/Y NATITA, a Cayman Islands registered
vessel, Official No. 737677, No. Year
& Port of Registry: 57 in 2005, her engines,
tackle, furniture, apparel, appurtenances, etc.
in rem,

AVID Limited, a Cayman Islands
excepted company, in personam,

WILLIAM M. KALLOP, a Texas resident, in his
individual capacity as Guarantor, in personam,

and

OFFSHORE EXPLORATION AND PRODUCTION,
LLC, a Delaware limited liability company in its
capacity as Guarantor, in personam,

Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

    AVID LIMITED, appearing as owner of the Defendant, M/Y NATITA, a Cayman Islands registered vessel, Official No. 737677, No. Year & Port of Registry: 57 in 2005, her engines, tackle, furniture, apparel, appurtenances, etc. in rem, hereby files its Answer and Affirmative Defenses to GOLDMAN SACHS BANK USA's Verified Complaint as follows:

1. Admitted Plaintiff brings this action pursuant to 46 U.S.C. § 31325(b) and (c).
2. Admitted this action is brought pursuant to this court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333.
3. Admitted Plaintiff's other claims fall under supplemental jurisdiction.
4. Admitted Plaintiff invokes rule 9(h) of the Federal Rules of Civil Procedure.
5. Denied as Defendant lacks sufficient knowledge to admit or deny this allegation.
6. Denied Plaintiff has the right to foreclose. Remainder denied as Defendant lacks sufficient knowledge to admit or deny this allegation.
7. Admitted, except that the Vessel is no longer located at Rybovich Marina.
8. Denied AVID is an "excepted company". Denied AVID's principal place of business is West Palm Beach. Admitted AVID was and is the owner of the Vessel.
9. Admitted.
10. Admitted.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.
17. Denied.
18. Denied.
19. Denied
20. Denied.

21. Denied

Defendant denies the allegations contained in the Plaintiff's wherefore clause.

Any allegation not specifically admitted is hereby denied.

## AFFIRMITIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim or claims against Defendant upon which relief can be granted and should, therefore, be dismissed.

### SECOND AFFIRMATIVE DEFENSE

If Plaintiff sustained damages as alleged in the Complaint, which is denied, then said damages were solely caused or contributed to by third parties, not Defendant.

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff sustained damages as alleged in the Complaint, which is denied, then said damages were solely caused in whole or in part by Plaintiff's own negligence, fault, unlawful or willful misconduct.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by his failure to mitigate, prevent, or avoid his alleged damages, if any, and therefore Plaintiff's recovery, if any, should be reduced to the extent such damages could and should have been mitigated, prevented, or avoided.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, fraud, unclean hands, and/or *in pari delicto*.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has not been injured or damaged by Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

Because Plaintiff breached the agreement between the parties first, any alleged subsequent breach by the Defendant is excused.

Dated:  August 21, 2017                              Respectfully Submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Defendants*
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile:  (786) 221-0601
Email: cnaugton@moore-and-co.com

　　　　s/Clay M. Naughton
　　　　Clay M. Naughton
　　　　Florida Bar No. 29302

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 21, 2017, a true and correct copy of the foregoing was filed with the Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsel of record.

                    s/Clay M. Naughton
                    Clay M. Naughton