UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 9:17-cv-80838-RLR

GOLDMAN SACHS BANK USA, a New York
State-chartered Bank,

    Plaintiff,

vs.

M/Y *NATITA*, a Cayman Islands registered vessel, Official No.: 737677, No. Year & Port of Registry: 57 in 2005, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, AVID LIMITED, a Cayman Islands excepted company, *in personam,* WILLIAM M. KALLOP, a Texas resident, in his individual capacity as Guarantor, *in personam*, and OFFSHORE EXPLORATION AND PRODUCTION, LLC, a Delaware limited liability company in its capacity as Guarantor, *in personam*,

    Defendants.
_____/

GEORGE ALLEN, STEPHEN HILTON and
ALEXANDER MADIGAN-SHEA,

    Intervening Plaintiff,

vs.

M/Y *NATITA,* a Cayman Islands registered vessel, Official No.: 737677, No. Year & Port of Registry: 57 in 2005, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, AVID LIMITED, a Cayman Islands excepted company, *in personam*,

    Defendants.
_____/

RYBOVICH BOAT COMPANY, LLC

      Intervening Plaintiff,

vs.

*M/Y NATITA,* a 2005 model 66-meter (217-foot)
Oceanco motor yacht, which is registered in the
Cayman Islands as Official Number 737677,
her engines, tackle, furniture, furnishings, apparel,
appurtenances, tenders, and personal watercraft, *in rem*,
and AVID LIMITED, a Cayman Islands company,
*in personam,*

      Defendants.

_____/

## SUPPLEMENTAL WARRANT OF ARREST *IN REM*

TO THE UNITED STATES MARSHAL FOR
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

      The Verified Intervening Complaint (DE 36) in the above styled *in rem* proceeding was filed by Rybovich Boat Company as of right pursuant to Local Admiralty Rule E(2)(a) in this Court on August 14, 2017.  In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Southern District of Florida Local Admiralty Rule C, you are directed to serve this supplemental warrant of arrest on the *in rem* Defendant, *M/Y Natita*, a 2005 model 66-meter (217-foot) luxury motor yacht built by Oceanco, registered in the Cayman Islands as Official Number 737677, including her engines, tackle, furniture, furnishings, apparel, appurtenances, tenders, and personal watercraft, in order to effect service of Rybovich Boat Company's Intervening Complaint on the *in rem* Defendant Vessel. The court appointed substitute custodian, National Maritime Services, shall retain custody of the Vessel pending further Order of the Court.

You shall also give notice of the supplemental arrest to all persons required by appropriate Supplemental Admiralty Rule, Local Admiralty Rule, and the practice of your office.

ORDERED at West Palm Beach, Florida, this __23__ day of August, 2017.

STEVEN M. LARIMORE
As Clerk of the Court

By:_____ 

Copy furnished to:

Counsel of Record