UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

CASE NO. 17-CV-80838-ROSENBERG/HOPKINS

GOLDMAN SACHS BANK USA,
a New York State-chartered bank,

    Plaintiff,

vs.

M/Y NATITA, a Cayman Islands registered
vessel, Official No. 737677, No. Year
& Port of Registry: 57 in 2005, her engines,
tackle, furniture, apparel, appurtenances, etc.
in rem,

AVID Limited, a Cayman Islands
excepted company, in personam,

WILLIAM M. KALLOP, a Texas resident, in his
individual capacity as Guarantor, in personam,

and

OFFSHORE EXPLORATION AND PRODUCTION,
LLC, a Delaware limited liability company in its
capacity as Guarantor, in personam,

Defendants.
                                             /

**UNOPPOSED MOTION TO WITHDRAW**
**ANSWER AND AFFIRMATIVE DEFENSES**

AVID LIMITED, appearing as owner of the Defendant, M/Y NATITA, a Cayman

Islands registered vessel, Official No. 737677, No. Year & Port of Registry: 57 in 2005, her

engines, tackle, furniture, apparel, appurtenances, etc. in rem, hereby files its Unopposed Motion

to Withdraw its Answer and Affirmative Defenses to GOLDMAN SACHS BANK USA's Verified Complaint and states as follows:

1. On August 21, 2017, Avid Limited filed its Answer and Affirmative defenses to Goldman Sachs Bank USA's Verified Complaint. [DE 45]

2. Avid Limited hereby withdraws its Answer and Affirmative Defenses and requests the filing (DE 45) be stricken from the record.

3. Pursuant to Local Rule 7.1, counsel for Avid Limited conferred with counsel for Goldman Sachs Bank USA who does not oppose the relief requested herein.

Dated:  August 28, 2017                    Respectfully Submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Defendants*
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile:  (786) 221-0601
Email: cnaugton@moore-and-co.com

 s/Clay M. Naughton
Clay M. Naughton
Florida Bar No. 29302
Michael T. Moore
Florida Bar No. 207845

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that on August 28, 2017, a true and correct copy of the foregoing was filed with the Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsel of record.

                                                                s/Clay M. Naughton
                                                                 Clay M. Naughton