UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 9:17-CV-80838-RLR (ROSENBERG/HOPKINS)

GOLDMAN SACHS BANK USA,
a New York State-chartered Bank,

    *Plaintiff,*

vs.

M/Y NATITA, a Cayman Islands registered vessel,
Official No.: 737677, No. Year & Port of Registry:
57 in 2005, her engines, tackle, furniture, apparel,
appurtenances, etc. *in rem*, AVID LIMITED, a
Cayman Islands excepted company, *in personam*,
WILLIAM M. KALLOP, a Texas resident, in his
individual capacity as Guarantor, *in personam,* and
OFFSHORE EXPLORATION AND PRODUCTION, LLC,
a Delaware limited liability company as Guarantor,
*in personam,*

    *Defendants.*
_____/

GEORGE ALLEN, STEPHEN HILTON, and ALEXANDER
MADIGAN-SHEA,

    *Plaintiffs in Intervention,*

vs.

M/Y NATITA, a Cayman Islands registered vessel,
Official No.: 737677, No. Year & Port of Registry:
57 in 2005, her engines, tackle, furniture, apparel,
appurtenances, etc. *in rem*, and AVID LIMITED,
a Cayman Islands excepted company,
*in personam*,

    *Defendants in Intervention.*
_____/

RYBOVICH BOAT COMPANY, LLC,

    *Intervening Plaintiff,*

vs.

M/Y NATITA, a 2005 model 66-meter (217-foot)

Oceano motor yacht, which is registered in the Cayman Islands as Official Number 737677, her engines, tackle, furniture, furnishings, apparel, appurtenances, tenders, and personal watercraft, *in rem*, and AVID LIMITED, a Cayman Islands company, *in personam*,

    *Defendants.*

_____/

## MOTION FOR ORDER DIRECTING PAYMENT OF COMMISSIONS

COMES NOW, KK SUPERYACHTS, NIGEL BURGESS SAM and WORTH AVENUE YACHTS, LLC. (collectively "BROKERS"), by and through their undersigned counsel, and files this, their Motion for Order Directing Payment of Commissions, and would state as follows:

1. Pursuant to this Court's Order (Doc. No. 92), BROKERS are to be paid the following commissions for the private sale of the M/Y Natita:

    a. Worth Avenue Yachts LLC: $340,000.00 U.S. Dollars.

    b. Nigel Burgess SAM: $340,000.00 U.S. Dollars

    c. KK Superyachts: $1,020,000.00 U.S. Dollars

2. The BROKERS have appointed the law firm of McIntosh Schwartz, P.L. to act as their agent with respect to receipt of the above-referenced commissions. See Agreements attached hereto as **EXHIBIT "A."**

WHEREFORE, BROKERS respectfully request that the Court enter an Order directing the clerk of the Court to make payment of the above-referenced commissions directly to McIntosh Schwartz, P.L. Trust Account and for the checks to be issued to the following address:

**Robert D. McIntosh, Esq.**
**McIntosh Schwartz, P.L.**
**888 SE Third Avenue, Suite 201**
**Fort Lauderdale, FL 33316**

Dated:  December 11, 2017                    Respectfully submitted,

                                                    By:  **/s Adam B. Cooke**
                                                    Robert D. McIntosh (FBN: 115490)
                                                    Email: rdm@mcintoshschwartz.com
                                                    Adam B. Cooke (0634182)
                                                    Email: acooke@mcintoshschwartz.cm
                                                    McINTOSH SCHWARTZ, P.L.
                                                    888 S.E. 3rd Avenue, Suite 201
                                                    Fort Lauderdale, Florida 33316-1159
                                                    Phone: (954) 660-9888
                                                    Fax: (954) 760-9531

## CERTIFICATE OF SERVICE

     I hereby certify that on December 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                   /s Adam B. Cooke
                                                                                Adam B. Cooke

## SERVICE LIST

**STROUP & MARTIN, P.A.**
FARRIS J. MARTIN, III
Florida Bar No. 0879916
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
fmartin@strouplaw.com

ATTORNEYS FOR INTERVENING PLAINTIFF
RYBOVICH BOAT COMPANY, LLC


**FERTIG & GRAMLING, P.A.**
CHRISTOPHER R FERTIG
Florida Bar No. 218421
crf@fertig.com
SETH E HARRIS
Florida Bar No. 076217
seh@fertig.com

ATTORNEYS FOR PLAINTIFFS IN INTERVENTION
GEORGE ALLEN, STEPHEN HILTON, and
ALEXANDER MADIGAN-SHEA

**HORR, NOVAK & SKIPP, P.A.**
GEORGE SEBASTIAN FLOREZ
PATRICK NOVAK
9130 S. Dadeland Blvd.
1700
Miami
Miami, FL 33156
United Sta
305-670-2525
gflorez@admiral-law.com

ATTORNEYS FOR GOLDMAN SACHS BANK USA

**VINSON & ELKINS L.L.P.**
ROBERT R. LANDICHO
WILLIAM L. WALLANDER
1001 Fannin Street, Suite 2500
Houston, TX 77002
(713) 758-2193

rlandicho@velaw.com

ATTORNEYS FOR GOLDMAN SACHS BANK USA

**MOORE & COMPANY**
MICHAEL MOORE
CLAY NAUGHTON
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134
786-221-0600
786-221-0601 (fax)
mmoore@moore-and-co.net

ATTORNEYS FOR AVID LIMITED, M/Y NATITA,
OFFSHORE EXPOIRATION AND PRODUCTION, LLC
WILLIAM M. KALLOP